IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN CHANSE RIDER,
  Petitioner,
vs.
THE FIFTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
ESMERALDA,
  Respondent.

No. 70305

FILED

SEP 2 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
  DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a pro se petition for a writ of mandamus challenging a district court order denying petitioner's request to represent himself. Fifth Judicial District Court, Esmeralda County.

Cause appearing, petitioner's motion for a voluntary dismissal of the petition is granted. This petition is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:  Justin Chanse Rider
     Attorney General/Carson City
     Esmeralda County District Attorney
     Esmeralda County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-30030